NOT DESIGNATED FOR PUBLICATION

# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Dale Robin Miller
Louisiana State Penitentiary DOC No. 479248
Camp D, Eagle 3
Angola LA 70712

**REHEARING ACTION: September 4, 2013**

**Docket Number: 12   00593-CW**

**STATE OF LOUISIANA**
**VERSUS**
**DALE ROBIN MILLER**

**Writ Application from Lafayette Parish Case No. 01-92141**

**BEFORE JUDGES:**

    Hon. John D. Saunders
    Hon. Jimmie C. Peters
    Hon. Elizabeth A. Pickett
    Hon. James T. Genovese
    Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Dale Robin Miller** has this day been

    **DENIED.**

cc: Michael Harson, Counsel for  the Respondent

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**